## No. 13,101.

### HUTCHINSON v. RILEY ET AL.
(14 P. [2d] 1118)

Decided September 19, 1932.

Judgment affirmed in department on application for supersedeas without written opinion. Mr. Chief Justice Adams, Mr. Justice Butler, Mr. Justice Hilliard and Mr. Justice Alter participating.

Mr. ISAAC MELLMAN, for plaintiff in error.

No appearance for defendants in error.

Messrs. MORRISSEY, MAHONEY & SCOFIELD, amicus curiae.